UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 10-3957(DSD/TNL)

Economy Premier Assurance Company,

        Plaintiff,

v.  **ORDER**

Mark Dominic Frank, Jessica Ann
Letellier, Robert Letellier,
Jennifer Letellier, Brent Duane
Holland, Drew Holland, Alivia
Shae Elizabeth Boddie, Krisa Boddie
Letner and Robert Hedberg, as
Trustee for the next-of-kin of
Shrimatie Ramoutar-Hedberg,
decedent and Robert Hedberg,
Individually,

        Defendants.

The above-entitled matter came on for hearing before the Honorable David S. Doty, Judge of United States District Court, on November 18, 2011, at 9:30 a.m. in the United States Courthouse, Courtroom 14W, 300 South Fourth Street, Minneapolis, Minnesota, upon the motion for dismissal without prejudice of plaintiff Economy Premier Assurance Company.

Based upon all of the files, records and proceedings herein, the court having been fully advised in the premises, makes the following order:

**IT IS HEREBY ORDERED** that plaintiff's motion for dismissal without prejudice [ECF 34] is hereby granted.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  November 18, 2011

s/David S. Doty
David S. Doty, Judge
United States District Court
